| | |
|---|---|
| 1 | **COLLINS & KHAN LLP** |
| | MARC A. COLLINS (SBN 136769) |
| 2 | *Email: mcollins@collinskhan.com* |
| | AZIM KHANMOHAMED (SBN 277717) |
| 3 | *Email: akhan@collinskhan.com* ✔ JS-6 |
| | R. MICHAEL COLLUM (SBN 145105) |
| 4 | 3435 Wilshire Blvd., Ste. 2600 |
| | Los Angeles, CA  90010-2246 |
| 5 | Telephone:   323.549.0700 |
| | Facsimile:    323.549.0707 |

**Attorneys for Plaintiff**
ABHAY, INC., a California Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHAY, INC., a California corporation, | Case No. 2:23-cv-02363-AS |
| Plaintiff, | *Assigned to the Honorable* Alka Sagar |
| v. | |
| BIG BIRD TRANSPORTATION, INC., a California corporation; STPW, INC., a California corporation; and DOES 1 through 10, inclusive, | **[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL AND REQUEST FOR COURT TO RETAIN JURISDICTION** |
| Defendants. | |
| | Trial: |
| | Date: September 24, 2024 |
| | Time 9:00 a.m. |
| | Ctrm: 540 |
| | Complaint Filed: March 6, 2023 |



1

**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL AND REQUEST FOR COURT TO RETAIN JURISDICTION**

The Court, having reviewed the Stipulation for Dismissal and for Court to Retain Jurisdiction ("Stipulation") entered into by and between ABHAY, INC. ("Plaintiff" or "Abhay"), Defendant STPW, Inc. ("STPW") and Defendant and Cross-Complainant BIG BIRD TRANSPORTATION, Inc. ("BBT") (collectively, the "Parties"), and having found that good cause exists for entry of its Order Approving the Stipulation, the Court hereby orders as follows;

## ORDER

1. The Stipulation of the Parties for Dismissal of the entire action and for the Court to Retain Jurisdiction over the Parties to enforce the Parties' settlement until performance in full of the terms of the settlement, is APPROVED.

2. The entire action is dismissed with prejudice.

3. The Court shall retain jurisdiction over the Parties to enforce the Parties' settlement until performance in full of the terms of the settlement.

Dated: January 12, 2024

/ s / Sagar
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

